In the Matter of the Application of LINDON BATES, JR., et al., Respondents, to Review a Determination of the Board of Elections of the City of New York.

JOSEPH D. KAVANAGH et al., Appellants.

*Matter of Bates (Kavanagh)*, 134 App. Div. 376, affirmed.
(Argued October 27, 1909; decided October 27, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 25, 1909, which affirmed an order of Special Term reversing a determination of the board of elections of the city of New York.

*George E. Josephs* for appellants.

No one for respondents.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.